**99-868.  State ex rel. Dunning v. Cleary.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99-873.  State ex rel. Walker v. Pokorny.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99-987.  State ex rel. Ogg v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Phillip W. Ogg. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99-1009.  Blondheim v. Morgan.**

In Habeas Corpus. On petition for writ of habeas corpus by Timothy J. Blondheim. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.